IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                                   CASE NO.: 4:08cr29-SPM

JOSEPH RODGERS TOMPKINS,

    Defendant.
_____/

## ORDER TERMINATING SUPERVISED RELEASE

    This cause comes before the Court on Defendant's letter (doc. 661), which has been filed as a motion for early termination of supervised release. Defendant has competed over two years of a four-year term of supervised release. During this period, Defendant has complied with all conditions. He has maintained stable employment and adjusted well to living in the community. The probation officer has no objection to early termination.  The Court finds that early termination is warranted by the conduct of Defendant and in the interest of justice.  18 U.S.C. § 3583(e)(1); Fed. R. Crim. P. 32.1(c)(2)(B).  Accordingly, it is

    ORDERED AND ADJUDGED that Defendant's motion (doc. 661) is granted.  Defendant's term of supervised release is terminated.

    DONE AND ORDERED this 10th day of September, 2012.

                                 *s/ Stephan P. Mickle*
                                 Stephan P. Mickle
                                 Senior United States District Judge